PROB 12C
(6/16)

Report Date: November 18, 2025

# United States District Court

**ECF No. 34**

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2025

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jed Carroll Harley Akers          Case Number: 0980 2:21CR00032-TOR-1

Address of Offender: ███████████████  Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 3, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), A(b)(2) | | |
| Original Sentence: | Prison - 71 months<br>TSR - 120 | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Annika C. Tangvald | Date Supervision Commenced: | February 17, 2021 |
| Defense Attorney: | Matthew F. Duggan | Date Supervision Expires: | February 16, 2031 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previous reported to the Court on 07/30/2025.

On February 18, 2021, a U.S. probation officer met with the offender and reviewed the conditions of supervision as they appear in the judgment. The offender verbally acknowledged his understanding and signed the judgement attesting to such. The offender was provided a copy of the judgment and conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**: Mr. Akers allegedly violated the above-stated condition on or about June 26, 2025, by communicating with an individual known to be engaged in criminal activity.<br><br>On June 9, 2025, Mr. Akers contacted the undersigned by phone to report that a person working for him had been arrested for theft related charges. He further reported he would no longer be interacting with this person. |

Prob12C
**Re: Akers, Jed Carroll Harley**
**November 18, 2025**
**Page 2**

        On October 15, 2025, the undersigned received a copy of a jail phone recording between Mr. Akers and the aforementioned person from June 26, 2025. The phone call was approximately 11 minutes and included discussion about the person's hearing and posting bail.

3      **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).

    **Supporting Evidence**: Mr. Akers allegedly violated the above-stated condition on or about July 29, 2025, by possessing or having access to firearms, ammunition, and a suppresser.

    According to Spokane police report 2025-20127476, detectives developed reason to believe that Mr. Akers was dealing in the purchase, sale, and use of firearms. A search warrant was secured for Mr. Akers' residence, as well as the residence of his father-in-law where Mr. Akers is alleged to have stored numerous firearms, firearm parts, and ammunition. This search was executed on July 29, 2025, at both locations.

    The finding of a firearm in Mr. Akers' residence in Spokane, Washington, was reported as violation 1 in the petition submitted to the Court on July 30, 2025.

    At Mr. Akers' father-in-law's residence in Deer Park, Washington, a variety of firearms, to include a shotgun, a rifle, and AR rifle lower receiver, and several handguns, were located and seized. Further, a tote bin with various calibers of ammunition was located, as well as several firearm parts and a suppressor. Some of the firearms located during this search were un-serialized. Many of these items, to include firearms, ammunition, and the suppressor were located in the same area of the residence and in some cases, in the same container.

    On October 30, 2025, the undersigned received a copy of the Friction Ridge Report completed by the Spokane County Sheriff's Forensic Unit. This report documents several of the items located during the search and compared latent fingerprints found on these items to Mr. Akers. The report stated, Mr. Akers is identified as the source of the prints compared in the exam.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/18/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

Prob12C
**Re: Akers, Jed Carroll Harley**
**November 18, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [X] Other: *The Revocation of Supervised Release hearing scheduled for 12/3/2025 remains set.*

Thomas O. Rice
United States District Judge

November 18, 2025
Date